UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

                Plaintiff,

    -against-

POLICE COMMISSIONER, ET AL.,

                Defendants.

25 CIVIL 3973 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the May 13, 2025, order, this action is dismissed without prejudice, due to Plaintiff's failure to comply with the court's February 4, 2005 judgment in Pettus, No. 05-CV-1439. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 15, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge